McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:03-CR-05443-OWW |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| JEFFREY ALLEN HENRY, | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Jeffrey Allen Henry, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(1), defendant Jeffrey Allen Henry's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.   2003 Jaguar, VIN: SAJEA01U53HM64879.

2. The above-listed property constitutes property involved in one or more violations of 18 U.S.C. § 1343, which is defined as specified unlawful activity in 18 U.S.C. § 1956(c)(7), or is

1

1  traceable to such property.

2    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
3  designee) shall be authorized to seize the above-described property.
4  That the aforementioned property shall be seized and held by the
5  United States Marshals Service, in its secure custody and control.

6    4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171,
7  the United States forthwith shall publish at least once for three
8  successive weeks in the <u>Fresno Business Journal</u>(Fresno County), a
9  newspaper of general circulation located in the county in which the
10 above-described property was seized, notice of this Order, notice of
11 the Attorney General's intent to dispose of the property in such
12 manner as the Attorney General may direct, and notice that any
13 person, other than the defendant, having or claiming a legal
14 interest in the above-listed forfeited property must file a petition
15 with the Court within thirty (30) days of the final publication of
16 the notice or of receipt of actual notice, whichever is earlier.

17    b.   This notice shall state that the petition shall be for
18 a hearing to adjudicate the validity of the petitioner's alleged
19 interest in the property, shall be signed by the petitioner under
20 penalty of perjury, and shall set forth the nature and extent of the
21 petitioner's right, title or interest in the forfeited property and
22 any additional facts supporting the petitioner's claim and the
23 relief sought.

24    c.   The United States may also, to the extent practicable,
25 provide direct written notice to any person known to have alleged an
26 interest in the property that is the subject of this Order of
27 Forfeiture, as a substitute for published notice as to those persons
28 so notified.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) in which all interests will be addressed.

SO ORDERED this 31ST day of August, 2005.

                          /s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge