1
2
3
4
5
6   DATED:  12/6/05                              /s/Oliver W. Wanger
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Re: Exoneration of Bond
and Reconveyance of Real Property