1  QUIN DENVIR, Bar #49374
   Federal Defender
2  ROBERT R. RAINWATER, Bar #67212
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Jeffery Allen Henry

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         ) NO.1:03-CR-5443 REC
                                       )
12 |             Plaintiff,            ) [■■■■■■■] ORDER RE:  EXONERATION
                                       ) OF BOND AND RECONVEYANCE OF REAL
13 |      v.                           ) PROPERTY
                                       )
14 | JEFFERY ALLEN HENRY,              )
                                       )
15 |             Defendant.            )
                                       )
16 |_____  )

17

18                              **ORDER**

19      On December 3, 2003, a Deed of Trust and Certified Straight Note were posted by James and

20 Laverne Henry on behalf of Defendant, Jeffery Allen Henry.  On October 11, 2005, Defendant Henry

21 appeared before United States District Court Judge Oliver W. Wanger of the Eastern District of California,

22 for sentencing, and subsequently, on December 5, 2005, surrendered himself into the custody of the

23 Bureau of Prisons.  Therefore, as Defendant Jeffery Allen Henry is currently in custody, James and

24 Laverne Henry hereby request the exoneration of the property bond.

25 ///

26 ///

27 ///

28 ///

1 | Accordingly, **IT IS HEREBY ORDERED** that the property bond in the above-captioned case be
2 | exonerated and title to the real property located in Clovis, California be reconveyed to the owners, James
3 | and Laverne Henry. It is further ordered that all correspondence regarding reconveyance of the posted
4 | property be sent to Mr. and Mrs. Henry at the address previously provided to the court.

6 | DATED: 12-6-05

OLIVER W. WANGER
U.S. District Court Judge

[Proposed] Order Re: Exoneration of Bond
and Reconveyance of Real Property