McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
Federal Courthouse, Suite 4401
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:03-CR-05443-OWW |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| JEFFREY ALLEN HENRY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

　　　WHEREAS, on September 6, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1), based upon the plea agreement of defendant Jeffrey Allen Henry for wire fraud, a violation of 18 U.S.C. § 1343, forfeiting to the United States the following property:

　　　　　　a.　　2003 Jaguar, VIN: SAJEA01U53HM64879.

　　　AND WHEREAS, on December 23, 30, 2005, and January 6, 2006, the United States published notification of the Court's Preliminary Order of Forfeiture in the Fresno Business Journal (Fresno County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty

1

1  (30) days of the publication date for a hearing to adjudicate the
2  validity of their alleged legal interest in the forfeited property;
3         AND WHEREAS, the United States provided direct written notice
4  to the following persons or entities known to have an alleged
5  interest in the above-described property: Elizabeth Henry;
6         AND WHEREAS, the Court has been advised that no third party has
7  filed a claim to the subject property, and the time for any person
8  or entity to file a claim has expired.
9         Accordingly, it is hereby ORDERED and ADJUDGED:
10        1.  A Final Order of Forfeiture shall be entered forfeiting to
11 the United States of America all right, title, and interest in the
12 above-listed property pursuant to 18 U.S.C. § 982(a)(1), to be
13 disposed of according to law, including all right, title, and
14 interest of Jeffrey Allen Henry.
15        2.  All right, title, and interest in the above-described
16 property shall vest solely in the name of the United States of
17 America.
18        3.  The United States shall maintain custody of and control
19 over the subject property until it is disposed of according to law.
20                          IT IS SO ORDERED.
21 **Dated:   April 19, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                                   UNITED STATES DISTRICT JUDGE